UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

RICHARD WASERSTEIN'S UNOPPOSED MOTION TO TRAVEL

Richard Waserstein respectfully requests that this Court grant him permission to travel on the following dates to the following locations within the United States:

1. Travel from South Florida to Michigan for a business meeting on May 12, 2021.

2. Travel from Michigan to Chicago, Illinois on May 14th to see his daughter who is pregnant and nearing term.

3. Return travel from Chicago, Illinois to South Florida on May 17th.

4. Travel from South Florida to Chicago, Illinois on May 25th, 2021 to be with his daughter and son-in-law for the birth of their first child.

5. Return travel from Chicago, Illinois to South Florida on June 2, 2021.

Mr. Waserstein will provide a detailed itinerary to his Probation Officer once all the arrangements are finalized.

Mr. Waserstein has been fully compliant with all of his bond conditions.

Government counsel does not oppose this motion.

Wherefore, Richard Waserstein respectfully requests the entry of an Order granting his Unopposed Motion for Permission to Travel on the above-mentioned dates

to the above-mentioned destinations.

        Respectfully submitted,

        MARKUS/MOSS PLLC
        40 N.W. Third Street
        Penthouse One
        Miami, Florida 33128
        Tel: (305) 379-6667
        Fax: (305) 379-6668
        markuslaw.com

By:   /s/ David Oscar Markus
       DAVID OSCAR MARKUS
       Florida Bar Number 119318
       dmarkus@markuslaw.com

       and

       /s/ A. Margot Moss
       A. MARGOT MOSS
       Florida Bar Number 091780
       mmoss@markuslaw.com

       and

       /s/ Todd Yoder
       TODD C. YODER
       Florida Bar Number 71263
       tyoder@markuslaw.com