DG:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   21-60020-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

JONATHAN MARKOVICH, et al.,

        Defendants.

_____ /

**UNITED STATES' FIRST BILL OF PARTULARS AS TO CRIMINAL FORFEITURE**

THE UNITED STATES OF AMERICA, by this First Bill of Particulars as to Criminal Forfeiture hereby provides notice of certain property subject to criminal forfeiture upon conviction in this case with particularity.

The property which is subject to criminal forfeiture to the United States of America, includes, but is not limited to, the following accounts.

(1)     All funds formerly on deposit in account number 0000242203275 at TrustBank;

(2)     All funds formerly on deposit in account number 0000246489483 at TrustBank;

(3)     All funds formerly on deposit in account number 898082983551 at Bank of America;

(4)     All funds formerly on deposit in account number 229055738632 at Bank of America;

(5)     All funds formerly on deposit in account number 229055319200 at Bank of America;

(6)    All funds formerly on deposit in account number 003765605611 at Bank of America;

(7)    All funds formerly on deposit in account number 003765605611 at Bank of America;

(8)    All funds formerly on deposit in account number 11049575 at Marquis Bank; and

(9)    All funds formerly on deposit in account number 4200100297 at Iberia Bank.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:    *Daren Grove*
_____
Daren Grove (Court No. A5501243)Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 822Fort Lauderdale, Florida 33394 Telephone: 954.660.5774
Facsimile:  954.356.7180