UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CR-60020-WPD

**UNITED STATES OF AMERICA**,

v.

**JONATHAN MARKOVICH, ET AL.,**

      Defendants.
_____/

## MOTION ASSERTING CRIME VICTIM'S RIGHTS

ROBIN HOLLOWAY, by and through her undersigned counsel, files this Motion Asserting Crime Victim's Rights, and state as follows:

Robin Holloway was a victim of the crimes charged in this case. Specifically, she was suffering from alcohol addiction, and was one of the individuals lured by a call center into Compass Detox where from February 29, 2020 she was provided "comfort drinks" and other inappropriate medications, including fentanyl, as well as alcohol, and other services and treatments by Compass Detox, employees, agents and representatives resulting in her becoming unresponsive requiring emergency transport to the emergency department at Memorial Hospital Pembroke in Pembroke Pines, Florida on March 17, 2020 and where she was admitted and treated until discharge on March 21, 2020. Mrs. Holloway left the hospital and retuned home never to go back to Compass Detox because of its danger.

Subsection (a) of 18 U.S.C. § 3771, Crime victims' rights, states:

**(a) Rights of crime victims.**--A crime victim has the following rights:
**(1)** The right to be reasonably protected from the accused.
**(2)** The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

**(3)** The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.
**(4)** The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.
**(5)** The reasonable right to confer with the attorney for the Government in the case.
**(6)** The right to full and timely restitution as provided in law.
**(7)** The right to proceedings free from unreasonable delay.
**(8)** The right to be treated with fairness and with respect for the victim's dignity and privacy.
**(9)** The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.
**(10)** The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

Subsection (b) of 18 U.S.C. § 3771 mandates in pertinent part as follows: "**(b) Rights afforded.**-- **(1) In general.**--In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a)."

And subsection (d) parts (1) and (3), respectively, state in pertinent part as follows:

**(1) Rights.**--The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a).
…
**(3) Motion for relief and writ of mandamus.**--The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion asserting a victim's right forthwith.

ROBIN HOLLOWAY is a crime victim entitled to all of the rights under 18 U.S.C. § 3711(a), and she is hereby moving to assert each and every one of them.

WHEREFORE, ROBIN HOLLOWAY, moves this Honorable Court for an Order establishing her as a crime victim entitled to each and every one of the rights under 18 U.S.C. § 3711(a).

DATED: November 15, 2021

2

RASH MUELLER
1655 NORTH COMMERCE PARKWAY, SUITE 303, WESTON, FLORIDA 33326 - TELEPHONE (954) 515-0072 FACSIMILE (954) 515-0073

Respectfully submitted,

RASH MUELLER
1655 North Commerce Parkway
Suite 303
Weston, Florida 33326
Telephone:  (954) 515-0072
Facsimile:   (954) 515-0073
Primary:     david@rashmueller.com
Secondary: jeff@rashmueller.com
             maileidys@rashmueller.com

By:   */s/ David C. Rash*
      DAVID C. RASH
      Florida Bar #977764
      JEFFREY D. MUELLER
      Florida Bar #103563

~ AND ~

BRILL & RINALDI, THE LAW FIRM
17150 Royal Palm Blvd, Suite 2
Weston, Florida 33326
Telephone No. (954) 876-4344
Facsimile No. (954) 384-6226
DAVID W. BRILL, ESQ.
Florida Bar No. 0959560
Primary e-mail: david@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com
JOSEPH J. RINALDI, JR., ESQ.
Florida Bar No. 0581941
Primary e-mail: joe@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com
ZACKARY D. SLANKARD, ESQ.
Florida Bar No. 1015939
Primary e-mail: zackary@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com

*Co-Counsel for the Crime Victim, Robin Holloway*

3

RASH MUELLER
1655 NORTH COMMERCE PARKWAY, SUITE 303, WESTON, FLORIDA 33326 - TELEPHONE (954) 515-0072 FACSIMILE (954) 515-0073

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, Motion Asserting Crime Victim's Rights, was electronically filed on November 15, 2021, using the CM/ECF System, which will send notification of such filing to all parties.

>    */s/ David C. Rash*
>    DAVID C. RASH

4

RASH MUELLER
1655 NORTH COMMERCE PARKWAY, SUITE 303, WESTON, FLORIDA 33326 - TELEPHONE (954) 515-0072 FACSIMILE (954) 515-0073