UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

RICHARD WASERSTEIN, and
FRANK BOSCH, JR.,

        **Defendants**

_____/

## EXPEDITED UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARINGS

        The United States, through undersigned counsel, respectfully moves this Court to continue the change of plea hearings for defendants Richard Waserstein and Frank Bosch, Jr. ("Defendants") currently scheduled for tomorrow, February 10, 2022. In support of the motion, the Government states as follows:

1. Defendants' change of plea hearings are currently scheduled for February 10, 2022 at 1:30 p.m. [D.E. 475.]

2. Several former patients of Compass Detox (or their family members) have filed motions to be recognized as victims for the purposes of the Crime Victims Rights Act. [D.E. 408, 426, 471.] Those patients, through their attorneys, received notice of the change of plea hearings (and all other scheduling matters).

3. In addition, on February 9, 2022, the Government updated its victim assistance website for this matter to reflect the changes of plea scheduled for February 10, 2022. In order to allow

1

additional time for any potential victims to review the website, the Government hereby requests that the changes of plea be continued to at least February 16, 2022.

4. In addition, one of the Government's attorneys is currently in trial in *United States v. Agresti*, No. 18-CR-80124-RUIZ. Closing arguments are scheduled for February 10, 2022 and the jury is scheduled to begin deliberations on that date.

5. This motion is not being filed to create an unwarranted delay, and the relief requested will not prejudice the Defendants.

6. Pursuant to Local Rule 7.1(a)(3), counsel for the Government has conferred with counsel for Richard Waserstein and Frank Bosch, Jr., who do not oppose the Government's request for a continuance.

WHEREFORE, the Government respectfully requests that the changes of plea for Defendants Waserstein and Bosch be continued to at least February 16, 2022.

Dated: February 9, 2022                     Respectfully submitted,

                                            JUAN ANTONIO GONZALEZ
                                            UNITED STATES ATTORNEY
                                            SOUTHERN DISTRICT OF FLORIDA

                JOSEPH S. BEEMSTERBOER
                ACTING CHIEF, FRAUD SECTION
                CRIMINAL DIVISION
                DEPARTMENT OF JUSTICE

By:    */s/ Jamie de Boer*
        JAMES V. HAYES (FL Bar # A5501717)
        Senior Litigation Counsel
        JAMIE DE BOER (FL Bar #A5502601)
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 774-4276 (Hayes)
        Telephone: (202) 304-6801 (de Boer)
        James.Hayes@usdoj.gov
        Jamie.deBoer@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                */s/ Jamie de Boer*