UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-WPD

**UNITED STATES OF AMERICA,**

v.

**JONATHAN MARKOVICH,** *et al.*,

      **Defendants**.

_____/

**UNITED STATES' NOTICE OF APPEARANCE**

Undersigned counsel hereby files this Notice of Appearance as counsel of record for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Dated: February 10, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JOSEPH BEEMSTERBOER, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ Andrea Savdie*
    Andrea Savdie
    TRIAL ATTORNEY
    Florida Special Bar No. A5502799
    United States Department of Justice
    Criminal Division, Fraud Section
    12020 Miramar Parkway
    Miramar, Florida 33025
    Tel: (202) 262-6453
    Andrea.Savdie@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Andrea Savdie, hereby certify that on February 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Andrea Savdie*
Andrea Savdie
TRIAL ATTORNEY
Florida Special Bar No. A5502799
United States Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, Florida 33025
Tel: (202) 262-6453
Andrea.Savdie@usdoj.gov