UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICHARD WASERSTEIN,

        Defendant.

## UNITED STATES' UNOPPOSED MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby moves for the entry of a preliminary order of forfeiture against Defendant, **RICHARD WASERSTEIN**, in the above-captioned matter. The United States seeks criminal forfeiture of certain seized funds which the Defendant agreed to forfeit in accordance with the terms of his plea agreement. In support of this motion, the United States provides the following factual and legal bases.

1.    On July 29, 2020, the Defendant was charged in a thirty-five (35)-count Indictment [ECF No. 110]. As relevant here, Count Twenty-Four of the Indictment charged the Defendant with conspiracy to money laundering, in violation of Title 18, United States Code, Section 1956(h).

2.    The Indictment provided notice in its forfeiture allegations that the United States intends to forfeit any property, real or personal, involved in the violation of Title 18, United States

Code, Section 1956(h), or any property traceable to such property. *See* Indictment, ECF No. 110 at 40-42.

3. On February 16, 2022, the Court conducted a change of plea hearing in this case, during which the Defendant pled guilty to Count Twenty-Four of the Indictment. *See* Change of Plea Minutes, ECF No. 500; Plea Agreement, ECF No. 506. On pages 8-9, paragraph 16, of the Plea Agreement [ECF No. 506], the Defendant agreed to forfeit the following personal property pursuant to Title 18, United States Code, Section 982(a)(1):

   (a) All funds on deposit or previously seized by the United States from Bank of America account 003765605611 held in the name of the Richard Waserstein;

   (b) All funds on deposit or previously seized by the United States from Bank of America account 898082983551 held in the name of Waterstone Capital Management, LLC;

   (c) All funds on deposit or previously seized by the United States from Marquis Bank account 11049575, held in the name of Ness Group Foundation, Inc; and

   (d) All funds on deposit or previously seized by the United States from Iberia Bank account 42001002971, held in the name of Ness Group Foundation, Inc.

(collectively, the "Personal Property").

4. In support of his guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 507.

5. The Court set the Defendant's sentence for April 27, 2022. *See* Order, ECF No. 501.

WHEREFORE, pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal

Rules of Criminal Procedure, the United States respectfully requests the entry of the attached order.

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has conferred with defense counsel via e-mail on March 1, 2022, and there is no opposition/objection to the relief sought.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/Daren Grove*

Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180