UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Richard Waserstein files this motion to continue his sentencing hearing, currently set for April 27, 2022, and in support thereof, states the following:

Mr. Waserstein was charged via criminal complaint on September 27, 2020. On October 5, 2020, Mr. Waserstein was released on a $500,000.00 personal surety bond as well as a $100,000.00 10% bond. Mr. Waserstein was formally indicted on January 19, 2021. Mr. Waserstein has remained compliant with all terms of pretrial release.

As for the basis of his request to continue his sentencing date, Mr. Waserstein remains involved in ongoing cooperation with both the Southern District of Florida and Main Justice in Washington, D.C. Apart from ongoing cooperation, Mr. Waserstein also has a pending invasive medical procedure set for the beginning of June as well as his son's graduation.

Undersigned counsel has conferred with AUSA Jamie De Boer, who indicates she has no objection to this motion being granted.

WHEREFORE Mr. Waserstein respectfully requests that this Court grant his motion to continue his sentencing hearing and enter an Order continuing it until the week of June 27th.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:  /s/ David Oscar Markus
     DAVID OSCAR MARKUS
     Florida Bar Number 119318
     dmarkus@markuslaw.com

     and

     /s/ A. Margot Moss
     A. MARGOT MOSS
     Florida Bar Number 091780
     mmoss@markuslaw.com