UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 21-60020

STYLE: USA v. Markovich

DATE: 4/7/22

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

_____ Docket this document as a motion for _____

_____ Docket this document as a response to the following motion: _____

_____ Docket this document as an answer _____

_____ Docket this document as _____

✓ Other: Notice of Receipt.

Signed: Tammy L Barlow

Name: _____

Title: Judicial Secy.

Honorable William P. Dimitrouleas
US Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, FL 33301

March 17, 2022

Dear Honorable William P. Dimitrouleas,

I am a Detective with the Bay Harbor Islands Police Department and have been since 2013. In my years working on the island, I have gotten to know Richard Waserstein where his office is and has been for many years. He has always been friendly, respectful, and willing to help in any way he can.

Richard is known by me, and several other staff in the department, as having an open-door policy. Whenever we have legal questions or real estate related matters, he has always offered his advice or assistance without a second thought and free of charge. I have always found Richard to be very ethical and professional, based on my experiences with him and his advice. When the department had issues with citizens complaining about parking, Richard was able to diffuse the situation and offer fair and reasonable solutions.

I believe Richard is respected and well-liked in the community and has helped many in need and I hope the court shows compassion.

Sincerely,

David Murado