UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

**RICHARD WASERSTEIN'S UNOPPOSED MOTION TO TRAVEL**

Richard Waserstein respectfully requests that this Court grant him permission to travel on the following dates to the following locations within the United States:

1. Travel from South Florida to Nevada from April 28, 2022 to May 1, 2022.

2. Mr. Waserstein plans to travel with his family and siblings.

3. Mr. Waserstein will provide a detailed itinerary to his Probation Officer, who does not oppose this motion, once travel is approved by the Court.

4. Mr. Waserstein has been fully compliant with all of his bond conditions.

5. Government counsel does not oppose this motion.

Wherefore, Richard Waserstein respectfully requests the entry of an Order granting his Unopposed Motion for Permission to Travel on the above-mentioned dates to the above-mentioned destinations.

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:  /s/ David Oscar Markus
 DAVID OSCAR MARKUS
 Florida Bar Number 119318
 dmarkus@markuslaw.com

 and

 /s/ A. Margot Moss
 A. MARGOT MOSS
 Florida Bar Number 091780
 mmoss@markuslaw.com

 and

 /s/ Todd Yoder
 TODD C. YODER
 Florida Bar Number 71263
 tyoder@markuslaw.com