IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

VS.

RICHARD WASERSTEIN,

Defendant.
_____/

**ORDER ON RICHARD WASERSTEIN'S UNOPPOSED
MOTION TO CONTINUE SENTENCING**

THIS MATTER is before the Court on Richard Waserstein's Unopposed Motion to Continue Sentencing,

It is ORDERED AND ADJUDGED that the Motion is GRANTED. Richard Waserstein's sentencing is scheduled for June 27, 2022 at 1:15 PM

DONE AND ORDERED this 22 day of April, 2022.

_____
WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

CC: Counsel of record
USPO