UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60020-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

# RICHARD WASERSTEIN'S OBJECTION TO THE
# PRE-SENTENCE INVESTIGATION REPORT

Richard Waserstein files the following objection to the Presentence Investigation Report (PSR), Docket Entry 624. In addition to this objection, we also will be filing a sentencing memorandum explaining why a downward variance is appropriate in this case.

**1. The parties have agreed that Mr. Waserstein's Base Offense Level is 24.**

The parties agree that the base offense level is calculated using §2S1.1(a)(1) and not §(a)(2). The probation office incorrectly used subsection (a)(2), which results in a two-level higher offense level. This is incorrect.

**2. Waserstein's Statement Regarding Loss, Forfeiture, and Restitution.**

The factual proffer states that between April 2017 and September 2020, the total billings were $8,377,384 and that insurance companies paid $2,701,090. Waserstein made a total of $5,792,828.00. The parties intended and agreed that Waserstein should be held responsible for less than the Markovich brothers as "he was less involved in the day to day of the business."

*See* factual proffer, DE 507. The parties also intended for Waserstein to be sentenced much lower than Dr. Lieberman (agreed low end range for Lieberman 108 versus 41 for Waserstein). At the sentencing of the Markovich brothers and Dr. Lieberman, the Court found that the defendants should be held responsible for about 10% of the billings for loss and forfeiture. If the Court were to use the same formula for Mr. Waserstein, his loss under the guidelines would be $837,738, which would lead to a sentencing result consistent with the parties' intent. Forfeiture would also be reduced. It does not seem appropriate to hold Mr. Waserstein accountable for every dollar billed when the co-defendants received a different calculation.

WHEREFORE Richard Waserstein respectfully requests that his objection be sustained.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      and

      /s/ A. Margot Moss
      A. MARGOT MOSS
      Florida Bar Number 091780
      mmoss@markuslaw.com