To assist the Court in fashioning a sentence that is sufficient, but not greater than necessary, to address the Section 3553(a) sentencing factors,[1] Richard and undersigned counsel have reached out to and accepted the assistance of the Aleph Institute ("Aleph").[2] Richard's crime concerned his investment in the operation of addiction centers. He has always been actively involved in efforts to serve his community – through charitable donations as well as the contribution of his time and personal efforts. He intends to transform his profound remorse into tangible action by continuing to give back to his community in any way he can. Aleph has prepared a proposal for alternative sentencing to be imposed in lieu of (or as a supplement to) any sentence of incarceration imposed on Richard.

Richard's actions have already had devastating consequences, including (i) the impending loss of his law license, (ii) the loss of his professional reputation, (iii) the termination/calling of his loan agreements with various lending institutions, and (iv) the hurt and shame that he has caused his family. Aleph's sentencing proposal will facilitate Richard's personal commitment to give back to his community. Aleph has already reached out to three organizations – Voice of Love, The Allapattah Collaborative, CDC, and the Chapman Partnership Homeless Shelter – and has facilitated volunteer opportunities for Richard.

Voice of Love.[3]

Voice of Love's mission is to strengthen families through love in action. Their vision is to help families in crisis by developing programs that provide the necessary resources they need to emerge as a stronger family unit and have a positive impact on society. Voice of Love Training and Development, Inc., was founded to encourage and guide families to become foster parents. Over the years, its mission has evolved to meet the critical needs of its community. Its projects include a consistent bi-monthly food distribution, back-to-school events, health fairs and other health-related events.

Richard would volunteer to drive Voice of Love's truck, on the second and fourth Thursday of each month, to pick up donated food items. The shift would range from 8:30am-12:30pm for the pick-up and drop-off. Richard would also volunteer with Voice of Love's food pantry. Voice of Love works with Farmshare, Feeding South Florida and Aldi stores to provide residents with food, including fresh vegetables, fruits and occasional meat products. Food distribution takes place every second and fourth Wednesday of every month. The pantry is operated by an all-volunteer force, and Richard would volunteer to prepare food for distribution. He would take the lead role in coordinating the assembly line and overseeing the packing. These shifts would range from 8:30am-12:30 pm.

---

[1] Title 18, United States Code, Section 3553(a).
[2] www.aleph-institute.org.
[3] www.handsonmiami.org. Volunteer specialist: Adrienna Sotomayor (Asotomayor@Vol.org), Handsonmiami.org, 8863 NW 117th St., Hialeah Florida. 33018

Allapattah Collaborative, CDC.[4]

The Allapattah Collaborative implements "placemaking techniques to foster identity, support wealth-building strategies for marginalized communities of color and advocate for policies and procedures that support equitable, comprehensive and sustainable community development." The ongoing COVID-19 pandemic has presented a challenging situation for small businesses in low-income communities due to a decrease in foot traffic and lower storefront capacity limits, and the Allapattah Collaborative needs volunteers (Digital Inclusion Volunteers) to assist small businesses with social media and online visibility. Richard would volunteer with the Allapattah Collaborative, working to help these businesses create an engaging digital presence and expand their business's online offerings in order to help them thrive during this difficult time.

This opportunity is fully online, and Richard would require some training regarding the projects he would be expected to complete. Richard's shifts would be from 9:00am-6:00 pm on Mondays and Tuesdays.

Chapman Partnership Homeless Shelter.[5]

Chapman Partnership manages two homeless shelters located in Miami and Homestead, Florida. Its mission is to "provide comprehensive programs and services in collaboration with others that empower our residents with dignity and respect to overcome homelessness, and achieve and maintain long-term self-sufficiency."

Richard would volunteer five hours per week with the Chapman Partnership, working in the maintenance department. Richard would assist with general assignments at each shelter, including painting, landscaping, grounds keeping, and cleaning.

Aleph has proposed that Richard commit to working with Voice of Love, the Allapattah Collaborative, and Chapman Partnership for a combined total of 500 hours, with the intention of continuing to volunteer after this commitment is achieved. Aleph has agreed to closely monitor Richard's compliance with the proposed program of community service. He would be required to satisfy weekly and monthly performance goals. Aleph, in turn, would provide regular and detailed progress reports to U.S. Probation.

A sentence which includes Aleph's proposal, as set forth above, would (i) promote respect for the law and serve as both a specific and general deterrent, (ii) contribute to Richard's rehabilitation by requiring that he give back to his community, and (iii) provide a tangible benefit to society in the form of the services that Richard would provide. Such a sentence would be entirely consistent with the goals of sentencing as set forth in Section 3553(a).

---

[4] www.allapattahcdc.org.
[5] www.chapmanpartership.org.