# EXHIBIT B

# LIST OF MEDICATIONS FOR RICHARD WASERSTEIN

- Rosuvastatin Calcium 10 MG Oral Tablet (Cholesterol)
- Xigduo XR 5-1000 MG Oral Tablet Extended Release (Diabetes)
- Trulicity Injections (Diabetes)
- Losartan Potassium 50 MG Oral Tablet (High Blood Pressure)
- Crestor (High Cholesterol)
- Escitalopram (Anxiety)
- Propanolol (Anxiety)
- (Plenvu) 140 MG Oral Solution (Pre-Colonoscopy Medication)