UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-60020-DIMITROULEAS

UNITED STATES OF AMERICA

v.

RICHARD WASERSTEIN,

        **Defendant.**
_____/

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The United States of America, by and through the undersigned counsel, respectfully moves this Court to depart downward from the applicable advisory guideline range of Defendant Richard Waserstein (the "Defendant") pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553. In support, the Government states as follows:

1. On February 16, 2022, the Defendant pleaded guilty to Count 24 of the Indictment, conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

2. The Defendant has provided the government with substantial assistance, which will be described at his sentencing hearing, presently scheduled for June 27, 2022.

3. As a result of the Defendant's substantial assistance, the United States recommends a fifteen percent (15%) reduction in his advisory guideline sentence. Such a reduction would result in an advisory guideline range of approximately 35 to 43 months' incarceration pursuant to the parties' plea agreement.

4. The undersigned counsel has conferred with counsel for the Defendant, David Oscar Markus,

1

who confirmed that the Defendant does not oppose this motion.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

LORINDA LARYEA
ACTING CHIEF, FRAUD SECTION

By: */s/ Jamie de Boer*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
JAMIE DE BOER (FL Bar # A5502601)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276 (Hayes)
Telephone:  (202) 304-6801 (de Boer)
James.Hayes@usdoj.gov
Jamie.deBoer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Jamie de Boer, hereby certify that on June 23, 2022, the foregoing was served on all attorneys of record in the above-captioned case via the CM/ECF electronic filing system.

By: */s/ Jamie de Boer*
Trial Attorney
U.S. Department of Justice