**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-60020-DIMITROULEAS/SNOW**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.

**RICHARD WASERSTEIN,**

      **Defendant.**

**UNITED STATES' MOTION TO AMEND**
**FORFEITURE MONEY JUDGMENT [ECF No. 564]**

Pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby moves to amend the forfeiture money judgment [ECF No. 364] entered by the Court on March 11, 2022, against the Defendant, **RICHARD WASERSTEIN**, for $5,792,828 (US) to reflect the amount imposed by the Court at the Defendant's sentencing on June 27, 2022. Specifically, the United States requests the forfeiture money judgment amount be amended to $579,282 (US). In support of this motion, the United States provides the following factual and legal bases.

**I.     FACTUAL BACKGROUND AND PROCEDURAL HISTORY**

On July 29, 2020, the Defendant was charged in a thirty-five (35)-count Indictment [ECF No. 110]. As relevant here, Count Twenty-Four of the Indictment charged the Defendant with conspiracy to money laundering, in violation of Title 18, United States Code, Section 1956(h).

The Indictment provided notice in its forfeiture allegations that the United States intends to forfeit any property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h), or any property traceable to such property. *See* Indictment, ECF No. 110 at 40-42.

On February 16, 2022, the Court conducted a change of plea hearing in this case, during which the Defendant pled guilty to Count Twenty-Four of the Indictment. *See* Change of Plea Minutes, ECF No. 500; Plea Agreement, ECF No. 506. On page 9, paragraph 17, of the Plea Agreement [ECF No. 506], the Defendant agreed to the entry of a forfeiture money judgment against him for $5,792,828 (US), which he agreed in the same paragraph is a sum of money equal in value to the property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h), or any property traceable to such property.

In support of his guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 507.

On March 10, 2022, the United States filed its Unopposed Motion for Forfeiture Money Judgment [ECF No. 562] requesting entry of a forfeiture money judgment against the Defendant for $5,792,828 (US) ("Forfeiture Money Judgment") consistent with the terms of the Plea Agreement, which the Court granted on March 11, 2022. *See* Order, ECF No. 564.

On June 27, 2022, the Court conducted a sentencing hearing in this case during which the Court granted a 5K1.1 motion thereby reducing, among other things, the amount of the Forfeiture Money Judgment to $579,282 (US). *See* Sentencing Minutes, ECF No. 731; Judgment, ECF No. 732; Amended J&C, ECF No. 732. The Court further directed the United States to submit a proposed order accordingly.

Accordingly, the Court should issue the attached proposed order, which amends the Forfeiture Money Judgment to reflect the reduced amount.

WHEREFORE, pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States respectfully requests the entry of the attached order.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180