**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD WASERSTEIN,

    Defendant.

## AMENDED PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon the Motion by the United States of America (the "United States") for an amended preliminary order of forfeiture (the "Motion") [ECF No. ___]. Having reviewed the Motion, the record, and the applicable law, the Court finds as follows with respect to forfeiture and the Defendant, **RICHARD WASERSTEIN**:

1. On July 29, 2020, the Defendant was charged in a thirty-five (35)-count Indictment [ECF No. 110]. As relevant here, Count Twenty-Four of the Indictment charged the Defendant with conspiracy to money laundering, in violation of Title 18, United States Code, Section 1956(h).

2. The Indictment provided notice in its forfeiture allegations that the United States intends to forfeit any property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h), or any property traceable to such property. *See* Indictment, ECF No. 110 at 40-42.

3. On February 16, 2022, the Court conducted a change of plea hearing in this case, during which the Defendant pled guilty to Count Twenty-Four of the Indictment. *See* Change of Plea Minutes, ECF No. 500; Plea Agreement, ECF No. 506. On page 9, paragraph 17, of the Plea

Agreement [ECF No. 506], the Defendant agreed to the entry of a forfeiture money judgment against him for $5,792,828 (US), which he agreed in the same paragraph is a sum of money equal in value to the property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h), or any property traceable to such property.

4. In support of his guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 507.

5. On March 10, 2022, the United States filed its Unopposed Motion for Forfeiture Money Judgment [ECF No. 562] requesting entry of a forfeiture money judgment against the Defendant for $5,792,828 (US) ("Forfeiture Money Judgment") consistent with the terms of the Plea Agreement, which the Court granted on March 11, 2022. *See* Order, ECF No. 564.

6. On June 27, 2022, the Court conducted a sentencing hearing in this case during which the Court granted a 5K1.1 motion thereby reducing, among other things, the amount of the Forfeiture Money Judgment to $579,282 (US). *See* Sentencing Minutes, ECF No. 731; Judgment, ECF No. 732; Amended J&C, ECF No. 732. The Court further directed the United States to submit a proposed order accordingly.

Therefore, based on the foregoing, the Court hereby

**ORDERS and ADJUDGES** that:

1. The Motion is **GRANTED**.

2. A forfeiture money judgment is entered against the Defendant for $579,282.00 [handwritten, replacing struck-through $5,792,828] (US), pursuant to Title 18, United States Code, Section 982(a)(1), Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to

2

Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(m).

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

5. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit specific property when identified.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida this 30 day of June 2022.

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

3