UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

**UNOPPOSED MOTION TO CHANGE JUDICIAL RECOMMENDATION**

Richard Waserstein respectfully files this Unopposed Motion for an amended judgment in this case to reflect a judicial recommendation for a designation at the Federal Prison Camp in Otisville, New York. In support thereof, Mr. Waserstein states the following:

1. Mr. Waserstein was sentenced by this Honorable Court on June 27, 2022, at which time the Court indulged a request by counsel for Mr. Waserstein to be designated to the FCI Miami Camp.[1]

2. Mr. Waserstein has come to learn that co-defendant Daniel Markovich is at the FCI Miami Camp; Drew Lieberman is at the Coleman Camp; and Christopher Garnto is at the Pensacola Camp, which would effectively block Mr. Waserstein from being designated to any of those facilities because we understand that there is a "separation order" regarding these defendants.

3. Accordingly, Mr. Waserstein would like to ask the Court for a

---

[1] Mr. Waserstein's Amended Judgment, Docket Entry 733, inadvertently recommended FDI Miami.

recommendation for a designation at the Federal Prison Camp in Otisville, New York.

4. AUSA Jamie de Boer indicates the government does not oppose this motion being granted.

WHEREFORE, Richard Waserstein respectfully requests this Court grant his motion, and amend his judgment [D.E. 733], to reflect a revised judicial recommendation to serve his sentence at the Federal Prison Camp in Otisville, New York.

Respectfully Submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By: /s/ Todd Yoder
    Todd Yoder
    Florida Bar Number 71263
    tyoder@markuslaw.com