IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

VS.

RICHARD WASERSTEIN,

Defendant.
_____/

## ORDER ON RICHARD WASERSTEIN'S UNOPPOSED MOTION TO CHANGE JUDICIAL RECOMMENDATION

THIS MATTER is before the Court on Richard Waserstein's Unopposed Motion for Judicial Recommendation,

It is ORDERED AND ADJUDGED that the Motion is GRANTED.

This Court recommends that Richard Waserstein shall serve his sentence at the Federal Prison Camp in Otisville, New York.

DONE AND ORDERED this 6 day of July, 2022.

WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE