UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RICHARD WASERSTEIN,

       Defendant.

### UNITED STATES' MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE [ECF NO. 565] VACATING CRIMINAL FORFEITURE OF CERTAIN SEIZED FUNDS

Pursuant to the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States") hereby moves to amend the Preliminary Order of Forfeiture [ECF No. 565] entered in the above-styled case relating to the criminal forfeiture of certain seized funds that the Defendant, **RICHARD WASERSTEIN**, agreed to forfeit as part of his plea agreement. In support of this motion, the United States provides the following factual and legal bases.

1. On July 29, 2020, the Defendant was charged in a thirty-five (35)-count Indictment [ECF No. 110]. As relevant here, Count Twenty-Four of the Indictment charged the Defendant with conspiracy to money laundering, in violation of Title 18, United States Code, Section 1956(h).

2. The Indictment provided notice in its forfeiture allegations that the United States intends to forfeit any property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h), or any property traceable to such property. *See* Indictment, ECF No. 110 at 40-42.

3. On February 16, 2022, the Court conducted a change of plea hearing in this case, during which the Defendant pled guilty to Count Twenty-Four of the Indictment. *See* Change of Plea Minutes, ECF No. 500; Plea Agreement, ECF No. 506. On pages 8-9, paragraph 16, of the Plea Agreement [ECF No. 506], the Defendant agreed to criminally forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), the following funds, which the United States previously seized:

(a) All funds on deposit or previously seized by the United States from Bank of America account 003765605611 held in the name of the Richard Waserstein ("BOA Ending 5611");

(b) All funds on deposit or previously seized by the United States from Bank of America account 898082983551 held in the name of Waterstone Capital Management, LLC ("BOA Ending 3551");

(c) All funds on deposit or previously seized by the United States from Marquis Bank account 11049575, held in the name of Ness Group Foundation, Inc ("Marquis Ending 9575"); and

(d) All funds on deposit or previously seized by the United States from Iberia Bank account 42001002971, held in the name of Ness Group Foundation, Inc. ("Iberia Ending 2971"),

(collectively, the "Seized Funds"); *see* Seizure Warrants, Misc. Case No. 20-6532-Hunt.

4. In support of his guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 507.

5. On March 10, 2022, the United States filed its Unopposed Motion for Preliminary Order of Forfeiture [ECF No. 563] requesting entry of an order criminally forfeiting the Seized Funds consistent with the terms of the Plea Agreement, which the Court granted on March 11, 2022. *See* Order, ECF No. 565 ("Preliminary Order").

6. Also on March 10, 2022, the United States filed its Unopposed Motion for Forfeiture Money Judgment [ECF No. 562] requesting entry of a forfeiture money judgment against the Defendant for $5,792,828 (US) ("Forfeiture Money Judgment") consistent with the terms of the Plea Agreement, which the Court granted on March 11, 2022. *See* Order, ECF No. 564. The Forfeiture Money Judgment represents the sum of the ill-gotten gains obtained by the Defendant because of the offense to which he pled and was found guilty in this case.

7. On June 27, 2022, the Court conducted a sentence hearing in this case during which the Court granted a 5K1.1 motion reducing, among other things, the amount of the Forfeiture Money Judgment from $5,792,828 (US) to $579,282 (US) ("Amended Forfeiture Money Judgment"). *See* Sentencing Minutes, ECF No. 731; Judgment, ECF No. 732; Amended J&C, ECF No. 732; *see also* Amended Preliminary Order of Forfeiture, ECF No. 736.

8. The funds seized from BOA Ending 5611 and BOA Ending 3551 satisfy the Amended Forfeiture Money Judgment.

WHEREFORE, pursuant to the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States respectfully requests that the Court amend the Preliminary Order only to vacate the criminal forfeiture of the funds seized from Marquis Ending 9575 and Iberia Ending 2971 and that the Court direct the release of the funds accordingly.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/Daren Grove*

Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180

4