UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD WASERSTEIN,

Defendant.

## AMENDED PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon the Motion by the United States of America (the "United States") to amend the Preliminary Order of Forfeiture [ECF No. 565] (the "Motion") [ECF No. 768]. Having reviewed the Motion, the record, and the applicable law, the Court finds as follows with respect to forfeiture and the Defendant, **RICHARD WASERSTEIN**:

1. On July 29, 2020, the Defendant was charged in a thirty-five (35)-count Indictment [ECF No. 110]. As relevant here, Count Twenty-Four of the Indictment charged the Defendant with conspiracy to money laundering, in violation of Title 18, United States Code, Section 1956(h).

2. The Indictment provided notice in its forfeiture allegations that the United States intends to forfeit any property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h), or any property traceable to such property. *See* Indictment, ECF No. 110 at 40-42.

3. On February 16, 2022, the Court conducted a change of plea hearing in this case, during which the Defendant pled guilty to Count Twenty-Four of the Indictment. *See* Change of Plea Minutes, ECF No. 500; Plea Agreement, ECF No. 506. On pages 8-9, paragraph 16, of the Plea

**CASE NO. 21-CR-60020-DIMITROULEAS/SNOW**

Agreement [ECF No. 506], the Defendant agreed to criminally forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), the following funds, which the United States previously seized:

(a) All funds on deposit or previously seized by the United States from Bank of America account 003765605611 held in the name of the Richard Waserstein ("BOA Ending 5611");

(b) All funds on deposit or previously seized by the United States from Bank of America account 898082983551 held in the name of Waterstone Capital Management, LLC ("BOA Ending 3551");

(c) All funds on deposit or previously seized by the United States from Marquis Bank account 11049575, held in the name of Ness Group Foundation, Inc ("Marquis Ending 9575"); and

(d) All funds on deposit or previously seized by the United States from Iberia Bank account 42001002971, held in the name of Ness Group Foundation, Inc. ("Iberia Ending 2971"),

(collectively, the "Seized Funds"); *see* Seizure Warrants, Misc. Case No. 20-6532-Hunt.

4. In support of his guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 507.

5. On March 10, 2022, the United States filed its Unopposed Motion for Preliminary Order of Forfeiture [ECF No. 563] requesting entry of an order criminally forfeiting the Seized Funds consistent with the terms of the Plea Agreement, which the Court granted on March 11, 2022. *See* Order, ECF No. 565 ("Preliminary Order").

6. Also on March 10, 2022, the United States filed its Unopposed Motion for Forfeiture Money Judgment [ECF No. 562] requesting entry of a forfeiture money judgment against the Defendant for $5,792,828 (US) ("Forfeiture Money Judgment") consistent with the terms of the Plea

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

Agreement, which the Court granted on March 11, 2022. *See* Order, ECF No. 564. The Forfeiture Money Judgment represents the sum of the ill-gotten gains obtained by the Defendant because of the offense to which he pled and was found guilty in this case.

7. On June 27, 2022, the Court conducted a sentence hearing in this case during which the Court granted a 5K1.1 motion reducing, among other things, the amount of the Forfeiture Money Judgment from $5,792,828 (US) to $579,282 (US) ("Amended Forfeiture Money Judgment"). *See* Sentencing Minutes, ECF No. 731; Judgment, ECF No. 732; Amended J&C, ECF No. 732; *see also* Amended Preliminary Order of Forfeiture, ECF No. 736.

8. According to the United States, the funds seized from BOA Ending 5611 and BOA Ending 3551 and criminally forfeited satisfy the Amended Forfeiture Money Judgment. Therefore, the United States requests that the Preliminary Order be amended only to vacate the criminal forfeiture of the funds seized from Marquis Ending 9575 and Iberia Ending 2971 and that the Court direct release of these funds accordingly.

Therefore, based on the foregoing, the Court hereby

**ORDERS and ADJUDGES** that:

1. The Motion is **GRANTED**.

2. The Preliminary Order of Forfeiture [ECF No. 565] is **VACATED** only with respect to the following assets:

(a) All funds on deposit or previously seized by the United States from Marquis Bank account 11049575, held in the name of Ness Group Foundation, Inc ("Marquis Ending 9575"); and

(b) All funds on deposit or previously seized by the United States from Iberia Bank account 42001002971, held in the name of Ness Group Foundation, Inc. ("Iberia Ending 2971"),

3

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

3. The United States shall release the funds seized from Marquis Ending 9575 and Iberia Ending 2971 as soon as practicable and in accordance with applicable law and rules.

4. All other provisions of the Preliminary Order of Forfeiture [ECF No. 565] regarding the criminal forfeiture of the following assets remain in full force and effect:

  (a) All funds on deposit or previously seized by the United States from Bank of America account 003765605611 held in the name of the Richard Waserstein;

  (b) All funds on deposit or previously seized by the United States from Bank of America account 898082983551 held in the name of Waterstone Capital Management, LLC;

5. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Preliminary Order of Forfeiture is final as to the Defendant.

5. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Amended Preliminary Order of Forfeiture.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida this 6 day of September 2022.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: counsel of record